Jerry Glenn JOSHUA, Petitioner—
Appellant,

v.

Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent—Appellee.

No. 07–1616.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 20, 2007.

Jerry Glenn Joshua, Appellant Pro Se.
Virginia Bidwell Theisen, Office of the At-
torney General of Virginia, Richmond, Vir-
ginia, for Appellee.

Before WILLIAMS, Chief Judge, and
MOTZ and DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jerry Glenn Joshua seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2000) petition. The dis-
trict court referred this case to a magis-
trate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised Joshua that failure to file
timely objections to this recommendation
could waive appellate review of a district
court order based upon the recommenda-
tion. Despite this warning, Joshua failed
to object to the magistrate judge's recom-
mendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Since Joshua fails to provide sworn evi-
dence supporting his contention that he
did not receive the report and recommen-
dation, he has waived appellate review by
failing to timely file specific objections.
Further, the record reflects that the peti-
tion was properly dismissed. Accordingly,
we deny a certificate of appealability and
dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*